**F I L E D**
CLERK, U.S. DISTRICT COURT
1/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FREDI CASTILLO-VEGA,<br>　aka "Listo,"<br>　aka "Fredy Vega," and<br>DALLAS CLAVELLE,<br>　aka "Kash,"<br><br>　　　　Defendants. | CR 2:22-cr-00012-MWF<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(o): Possession of Machineguns; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of Firearms Without Serial Numbers; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

[DEFENDANT CASTILLO-VEGA]

On or about July 9, 2020, in Los Angeles County, within the Central District of California, defendant FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," knowingly and

intentionally distributed at least 50 grams, that is, approximately 196 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[18 U.S.C. §§ 922(a)(1)(A), 2(a)]

[ALL DEFENDANTS]

Beginning on or before February 26, 2020, and continuing through at least on or about August 19, 2020, in Los Angeles County, within the Central District of California, defendants FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," and DALLAS CLAVELLE, aka "Kash," each not being licensed as an importer, manufacturer, or dealer in firearms, each aiding and abetting the other, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| Date | Defendant(s) | Firearms |
| --- | --- | --- |
| February 26, 2020 | CASTILLO-VEGA and CLAVELLE | A Springfield Armory, model XD-9, 9mm caliber pistol, bearing serial number XD185194; A Chiappa Firearms LTD, model AK-9, 9mm caliber pistol, bearing serial number RONVMB71705871; and An AR-type, unknown caliber rifle, bearing no serial number (commonly referred to as a "ghost gun") |
| March 11, 2020 | CASTILLO-VEGA and CLAVELLE | A Glock-type, unknown caliber, ghost gun pistol, bearing no serial number; An Accu-Tek, model AT-380, .380 caliber pistol, bearing serial number 044080; An AR-type, 5.56mm caliber ghost gun pistol, bearing no serial number; and A Fegyver Es Gepgyar, model AK-47, 7.62mm caliber rifle, bearing serial number EE3087H |

| Date | Defendant(s) | Firearms |
|---|---|---|
| July 2, 2020 | CASTILLO-VEGA | An Intratec, model TEC-9, 9mm caliber pistol, bearing serial number A061010; <br><br> A Phoenix Arms, model HP22A, 22LR caliber pistol, bearing serial number 4351400; and <br><br> A Mossberg, model 590, 12-gauge shotgun, bearing serial number L550894 |
| July 9, 2020 | CASTILLO-VEGA | Three Glock-type, unknown caliber, ghost gun pistols, bearing no serial numbers |
| July 15, 2020 | CASTILLO-VEGA | Two AR-type, 5.56 NATO caliber ghost gun rifles, bearing no serial numbers; and <br><br> A Mossberg, model 590, 12-gauge shotgun, bearing serial number P196877 |
| August 5, 2020 | CLAVELLE | An AR-type, ghost gun rifle, bearing no serial number |
| August 19, 2020 | CLAVELLE | A Springfield, model XD-40, .40 caliber pistol, bearing serial number MG345844 |

COUNT THREE

[18 U.S.C. § 922(o)]

[DEFENDANT CASTILLO-VEGA]

On or about March 11, 2020, in Los Angeles County, within the Central District of California, defendant FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant CASTILLO-VEGA knew to be a machinegun, namely, a machinegun conversion device (also known as a "Glock switch," "trigger switch," or "auto switch") that was designed and intended solely and exclusively for use in converting a weapon into a machinegun.

COUNT FOUR

[18 U.S.C. § 922(o)]

[DEFENDANT CASTILLO-VEGA]

On or about July 9, 2020, in Los Angeles County, within the Central District of California, defendant FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant CASTILLO-VEGA knew to be a machinegun, namely, a machinegun conversion device (also known as a "Glock switch," "trigger switch," or "auto switch") that was designed and intended solely and exclusively for use in converting a weapon into a machinegun.

## COUNTS FIVE AND SIX

## [26 U.S.C. § 5861(d)]

## [DEFENDANT CASTILLO-VEGA]

On or about July 15, 2020, in Los Angeles County, within the Central District of California, defendant FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," knowingly possessed the following firearms, each of which defendant CASTILLO-VEGA knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and each of which had not been registered to defendant CASTILLO-VEGA in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53:

| Count | Firearm |
|-------|---------|
| FIVE  | An AR-type, 5.56 NATO caliber rifle, bearing no serial number (commonly referred to as a "ghost gun"), with a barrel less than 16 inches in length, namely, approximately 8 5/8 inches in length |
| SIX   | An AR-type, 5.56 NATO caliber ghost gun rifle, bearing no serial number, with a barrel less than 16 inches in length, namely, approximately 8 5/8 inches in length |

7

## COUNTS SEVEN AND EIGHT

[26 U.S.C. § 5861(i)]

[DEFENDANT CASTILLO-VEGA]

On or about July 15, 2020, in Los Angeles County, within the Central District of California, defendant FREDI CASTILLO-VEGA, also known as ("aka") "Listo," aka "Fredy Vega," knowingly possessed the following firearms, each of which defendant CASTILLO-VEGA knew to be a firearm and short-barreled rifle, as defined in Title 26, United States Code, Sections 5845(a)(3) and 5845(c), and each of which was not identified by a serial number, as required by Title 26, United States Code, Chapter 53:

| Count | Firearm |
| --- | --- |
| SEVEN | An AR-type, 5.56 NATO caliber rifle, bearing no serial number (commonly referred to as a "ghost gun"), with a barrel less than 16 inches in length, namely, approximately 8 5/8 inches in length |
| EIGHT | An AR-type, 5.56 NATO caliber ghost gun rifle, bearing no serial number, with a barrel less than 16 inches in length, namely, approximately 8 5/8 inches in length |

COUNT NINE

[18 U.S.C. § 922(g)(1)]

[DEFENDANT CLAVELLE]

On or about August 19, 2020, in Los Angeles County, within the Central District of California, defendant DALLAS CLAVELLE, also known as "Kash," knowingly possessed a firearm, namely, a Springfield, model XD-40, .40 caliber pistol, bearing serial number MG345844, and ammunition, namely, approximately 50 rounds of Winchester .40 S&W caliber ammunition and four rounds of Guilio Fiocchi Lecco .40 S&W caliber ammunition, in and affecting interstate and foreign commerce.

Defendant CLAVELLE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Carrying a Loaded Firearm, Not Registered, in violation of California Penal Code Section 25850(a), in the Superior Court of the State of California, County of Los Angeles, Case Number TA143870, on or about August 30, 2017; and

//
//
//
//
//
//
//
//
//
//

(2) Having a Concealed Firearm on the Person, in violation of California Penal Code Section 25400(a)(2), in the Superior Court of the State of California, County of Los Angeles, Case Number TA143870, on or about August 30, 2017.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

JENNA WILLIAMS
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section