Case 2:22-cr-00012-MWF Document 9 Filed 01/12/22 Page 1 of 3 Page ID #:32

FILED
CLERK, U.S. DISTRICT COURT
1/12/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JENNA WILLIAMS (Cal. Bar No. 307975)
Assistant United States Attorney
International Narcotics, Money
Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2690
     Facsimile: (213) 894-0142
     E-mail:    jenna.williams@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:22-cr-00012-MWF |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| FREDI CASTILLO-VEGA, akas Listo, Fredy Vega, and DALLAS CLAVELLE, aka Kash | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this

//
//
//
//
//

1

order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

   January 12, 2022
DATE

*Rozella A. Oliver*

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____        _____
DATE                                                                HONORABLE
                                                                                 UNITED STATES MAGISTRATE JUDGE