FILED

2022 FEB -7 AM 10: 55

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: 2:22-cr-00012-MWF |
|---|---|
| Dallas CLAVELLE  USMS# 01098-506  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02/04/2022   2:00   ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:

   922(g)(1)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes   Language: _____

7. Year of Birth: 1998

8. Defendant has retained counsel:  ☑ No
   ☐ Yes  Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Maria Guerrero

10. Remarks (if any): N/A

11. Name: Jaytee Tafoya   (please print)

12. Office Phone Number: 818-369-9759      13. Agency: ATF

14. Signature: _____      15. Date: 2-7-2022

CR-64 (05/18)        REPORT COMMENCING CRIMINAL ACTION